UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT BRET LAFERRIERE,

          Plaintiff,

v.

BODWELL, et al.,

          Defendants.

CASE NO. C21-5174 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's motion for leave to proceed *in forma pauperis*, Dkt. 1, is **DENIED** for failure to state a claim upon which relief may be granted;

(3)     This action is **DISMISSED without prejudice**; and

\\

\\

ORDER - 1

(4) The Clerk shall enter JUDGMENT and close this case.

Dated this 14th day of February, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge